UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
CORINE HAMPTON,

                        Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                        Defendant.
--------------------------------------------------------------------X

JUDGMENT
04-CV-3514 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 22, 2005 ★

P.M. _____
TIME A.M. _____

      An Order of Honorable David G. Trager, United States District Judge, having

been filed on July 13, 2005, reversing the Commissioner's decision, pursuant to the fourth

sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative

proceedings, including but not limited to a new hearing and a new decision; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the

Commissioner's decision is reversed pursuant to the fourth sentence of 42 U.S.C. § 405(g);

and that plaintiff's claim is remanded for further administrative proceedings, including but

not limited to a new hearing and a new decision.

Dated: Brooklyn, New York
       July 14, 2005

                         s/Robert C. Heinemann
                         ROBERT C. HEINEMANN
                         Clerk of Court